IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ESTATE OF GLOWDENA B. FINNIGAN, | CV 17–139–M–DLC |
|---|---|
| Plaintiff, | **FILED** JAN 11 2018 Clerk, U.S Courts District Of Montana Missoula Division |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER |
| Defendant. | |

Pursuant to the Plaintiff's motion to dismiss without prejudice, and there being no objection by the government,

IT IS ORDERED that the motion (Doc. 6) is GRANTED. This action is DISMISSED WITHOUT PREJUDICE. The preliminary pretrial conference set for January 17, 2018, and all other deadlines are VACATED. Any pending motions are DENIED as moot.

DATED this 11th day of January, 2018.

Dana L. Christensen, Chief District Judge
United States District Court